AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**BARBARA CLER,**
        **Plaintiff,**

    vs.   Case Number:  **04-2011**

**ILLINOIS EDUCATION ASSOCIATION,
NATIONAL EDUCATION ASSOCIATION,
IEA UNIFIED LEGAL SERVICES PLAN,
and KATE FRANK/DuSHANE UNIFIED
LEGAL SERVICES PROGRAM,**
        **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to order entered August 2, 2004, this case is dismissed as to Count III and dismissed without prejudice as to Counts I and II.

        ENTER this 3rd day of August, 2004.

        s/ John M. Waters
        JOHN M. WATERS, CLERK

        s/ M. Talbott
        BY:  DEPUTY CLERK