E-FILED
Monday, 23 August, 2004 03:10:22 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois        Docket No.: 01-2121

Division: Urbana, IL

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Barbara Cler                v.    Illinois Education Association et al

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: David Stevens | Name: Ralph Loewenstein |
| Firm: Heller Holmes & Assoc. | Firm: Loewenstein Hagen et al |
| Address: 1101 Broadway | Address: 1204 S. Fourth St. |
| Mattoon, IL  61938 | Springfield, IL  62703 |
| Phone: (217) 235-0743 | Phone: (217) 525-1199 |

---

Judge: David G. Bernthal            Nature of Suit Code:  791

Court Reporter:                Date Filed in District Court:  1/12/04

                    Date of Judgment: 8/3/04

                    Date of Notice of Appeal: 8/23/04

Counsel:   ___Appointed    _X__Retained   ___Pro Se

Fee Status:    ___Paid    _X__Due      ___IFP      ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X__Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**