E-FILED
Tuesday, 21 December, 2004  12:35:04 PM
Clerk, U.S. District Court, ILCD



# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

December 21, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: CLER v. IL EDUCATION ASSOCIATION ET AL
        D. C. Docket No. 04-2011
        U. S. C. A. Docket No. 04-3193

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volumes of Pleadings

       Volumes of Transcript

       Volumes of Depositions

       Volumes of Exhibits:

       Impounded Exhibits:

       Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        s/John M. Waters
        JOHN M. WATERS, CLERK

        BY: s/V. Ball _____
            Deputy Clerk