E-FILED
Monday, 03 January, 2005 04:11:30 PM
Clerk, U.S. District Court, ILCD

Tuesday, 21 December, 2004 12:35:04 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

U.S.C.A.—7th Circuit
RECEIVED

DEC 2 3 2004   DW

GINO J. AGNELLO
CLERK

December 21, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

04-3193

RE: CLER v. IL EDUCATION ASSOCIATION ET AL
D. C. Docket No. 04-2011
U. S. C. A. Docket No. 04-3193

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

FILED
JAN - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
FILED
DEC 2 3 2004   DW
GINO J. AGNELLO
CLERK
DOC. # 1810664-1

Very truly yours,

s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/V. Ball
Deputy Clerk