


# REQUEST FOR LEGAL SERVICE
## LEGAL SERVICES PLAN
### MEMORANDUM OF AGREEMENT

This document outlines the terms of IEA-NEA support of the representation of the interests of
_Barbara Cler_ in dispute with _Unit Seven School_
(Name of Employee or IEA-NEA affiliate)  (Name of local Board of Education)

IEA-NEA agrees to pay the costs, expenses and attorneys' fees involved in the resolution of this dispute only when the procedures and standards described in the "IEA-NEA Legal Services Plan Guidelines" have been met. IEA-NEA reserves the right to decline to provide representation or continue assistance when:

- The member/affiliate does not fully cooperate with IEA-NEA or its assigned counsel.
- IEA-NEA determines that the facts of the matter in question, as alleged by the member/affiliate, are not true.
- The member/affiliate rejects a settlement proposal or other disposition of the matter as advised by IEA-NEA.
- The member/affiliate retains an attorney without the knowledge and consent of IEA-NEA.
- The member/affiliate, which has IEA-NEA supported legal action pending, fails to maintain membership in the United Education Profession.

In the event that the member/affiliate prevails on the claim and receives an award, settlement or insurance payment in excess of the member/affiliate's actual financial loss, the member/affiliate agrees to reimburse IEA-NEA for legal expenses incurred in pursuing the matter in question from such excess. IEA-NEA will, in any event be reimbursed by the member/affiliate with any amounts recovered which have been specifically designated as attorney's fees, legal fees or court cost.

The member/affiliate hereby grants to IEA-NEA the right to publicize the matter in question.

In the event that IEA-NEA denies support or continued support of the matter in question, the member/affiliate has the right to appeal to the Executive Director with further review by the Executive Committee. An appeal to the National Education Association can then be filed at the following address:

**National Education Association**
**Office of Member Advocacy**
**1201 16th Street, N.W.**
**Washington, D.C. 20036**

This appeal may be made on the sole ground that the IEA-NEA failed to process the member/affiliate's application for assistance or handle the matter in question with the provision of its Legal Services Program.

I understand and accept the above terms regarding IEA-NEA support of the matter for which I am requesting assistance.

_[signature]_  06/27/01
**Member/Affiliate (Authorized Official)**  Date

_[signature]_  6/27/01
**Membership Verification by UniServ Director**  Date

Original - Springfield Legal Services
Yellow - Monitoring Attorney
Pink - Region office
Goldenrod - Member

EXHIBIT A

Request for Legal Service.doc 10/00

# Illinois Education Association-NEA

*Anne Davis, President*
*Ken Swanson, Vice President*
*Gary Jones, Secretary-Treasurer*
*Clayton Marquardt, Executive Director*

100 East Edwards Street
Springfield, IL 62704-1999
(217) 544-0706 Fax 217.544.7383

January 11, 2002



EXHIBIT B

**CERTIFIED MAIL, Return Receipt Requested**

Ms. Barbara Cler
4009 Aberdeen Drive
Champaign, IL 61822

RE: Unity Education Association, IEA-NEA and Unit Seven Schools
AAA Case No. 51-390-00028-01
Grievance: Barbara Cler/Evaluation Procedures

Dear Ms. Cler:

This letter is to respond to your recent telephone request for a copy of the IEA Legal Services Program description. Also, I want to reiterate the basis of the Association's representation of you in the above referenced matter. As I told you previously during a telephone conversation, I am the IEA attorney assisting Gene Vanderport in the presentation of the Association's grievance to an arbitrator. The Association is my client in this regard as it represents you, as a former bargaining unit member, based upon alleged violations of the collective bargaining agreement.

As to your request for a copy of the IEA Legal Services program description, I understand you are currently a non-member of the Association. As a non-member, the Association is only obligated to provide you representation consistent with your rights under the collective bargaining agreement between the Unit Seven and the Association as the exclusive representative of the Unit Seven certified employees. Neither the Association nor IEA-NEA is under any obligation to furnish you any internal documents of the Association and/or IEA-NEA operations such as the legal services program description. Accordingly, your request for that document is being denied. If you wish to have this decision reviewed, please forward a written request for review to Mr. Mitchell Roth, General Counsel for the Illinois Education Association-NEA at the above address.

As to the underlying dispute with the District related to your evaluation, the Association is processing to arbitration a grievance filed on your behalf based upon the District's alleged failure to properly evaluate you as a probationary non-tenured teacher during the 2000-01 school year. The dismissal itself is not the subject of the arbitration. Rather, the Association is arbitrating the District's alleged failure to comply with the evaluation process under the collective bargaining agreement. Under court precedent, the Association cannot seek your reinstatement to the District since you were a non-tenured probationary employee and the case precedent is clear on the ability of an arbitrator to reinstate a non-tenured probationary teacher. <u>Midwest Central Education Association, IEA-NEA v. IELRB</u>, 660 N. E. 2d 151 (1st Dist. 1995); <u>Board of Education of</u>

<u>Education of Rockford School District No. 208 v. IELRB</u>, 629 N. E. 2d 797 (4th Dist. 1994), aff'd 649 N. E. 2d 369 (Ill. 1995). However, to the extent you can show that you have suffered damages as a result of the District's violation of the evaluation provisions in the collective bargaining agreement, the Association will seek, as part of an arbitration remedial order, payment of any compensatory damages that you can prove based upon the evidence of the events after your non-renewal by the District. <u>Board of Education of Community High School District No. 155 v. IELRB</u>, 617 N. E. 2d 269 (1st Dist. 1993). In addition, you must be prepared to demonstrate searches for interim employment since you would have a duty to mitigate any economic loss suffered by you as a result of the District's failure to follow the evaluation procedures in the collective bargaining agreement. In processing this grievance through the arbitration process, the Association retains its full rights related to arbitration of grievance on behalf of bargaining unit members, including the right to settle the underlying dispute.

I hope this letter answers any questions regarding the Association and its activities related to the underlying grievance. I anticipate that as the arbitration date approaches, you will be contacted by Gene Vanderport to prepare for your testimony at any schedule arbitration hearing. At that time, it will be necessary to provide any and all documentary and other information you have related to the underlying dispute and any damages for which you seek to be compensated. Proof of your searches and inability to obtain a job based upon the evaluation deficiencies and your non-renewal will be necessary to prove any entitlement to a monetary remedy such as compensatory damages. The burden will be upon the Association, through you, to establish any entitlement to such compensatory damages. Failure to prove compensatory damages will result in the arbitrator addressing the violations of the evaluation procedure and directing the District to cease and desist from any future non-compliance with that procedure.

I will continue to work with Gene on the underlying arbitration proceeding. If you have any questions regarding the content of this letter, please do not hesitate to contact me.

Sincerely,

Sandra J. Holman, Attorney
Unity Education Association, IEA-NEA

cc:   Gene Vanderport
      Nick Dalrymple


SJH/jth
doc: c/winword/vander/011102clertolono.ltr.doc

2

— nea —

# Kate Frank/DuShane
# Unified Legal Services Program (ULSP)

Kate Frank/DuShane Unified Legal Services Program (ULSP)--The ULSP is a jointly sponsored NEA-state affiliate legal assistance program designed to provide members and local affiliates with appropriate legal assistance in matters relating to their employment, particularly regarding the defense of their job rights. The ULSP provides legal support for both local affiliate and individual member cases. For information on the specific types of cases funded under the terms of your affiliate's job rights assistance program, contact the Director of Legal Services for your state or the NEA Office of Legal Services (202-822-7080).



EXHIBIT
C

## "It's the Support and Service."

Some 97,000 K-12 and higher education teachers and educational service personnel depend on the instant service and assistance that come from nearly 100 experts in the field located in 21 well-placed regional offices. IEA-NEA staff and leaders are there when you need them.

## "IEA-NEA is Job Protection!"

On any given day, over 400 legal cases are being litigated by IEA-NEA legal staff. In addition, the Association retains outside law firms to ensure that no complaint goes uninvestigated, no injustice overlooked.

## "Our Lobbying is the Best in the State!"

Called the most influential political lobby in Illinois, the IEA-NEA mounts effective lobbying from the grassroots to the Statehouse with unmatched energy and impact. In today's ever-changing world of politics, IEA-NEA lobbying keeps the politicians focused on our issues. And we win!

14

## "IEA-NEA, Above All, Strives to Make My Profession Better."

No other organization can match IEA-NEA's data and research resources, professional development training and direct classroom assistance. From instant on-line services, the new IEA-NEA CD-ROM (an IEA-NEA member exclusive), and the IEA-NEA website, to workshops and conferences covering every possible facet of educational endeavor, IEA-NEA leads the way.

## "The Association is News!"

IEA-NEA's efforts to make and affect news have increased dramatically with a measured increase in news coverage statewide. In addition, our members' issues and stories have been further emphasized in the public media through impressive image-building media campaigns. These and other efforts have put IEA-NEA members first in the minds of the public and opinion makers.

15

EXHIBIT D
tabbies