**E-FILED**
Tuesday, 22 November, 2005  02:31:59 PM
Clerk, U.S. District Court, ILCD

## IEA-NEA LEGAL SERVICES PLAN

A.   Purpose

The purpose of the IEA-NEA legal services program is to provide quality legal assistance to its members, fee payers and affiliates in certain job-related disputes.   The program is established jointly with the National Education Association.

B.   Coverage

1.   This Plan is intended primarily to protect the educational employment rights and privileges of members and fee payers in instances involving adverse job actions.  Legal assistance under the Plan will be provided in individual cases which arise out of the member's or fee payer's employment as an employee of a school district, college or university, or other educational institution.  Assistance to affiliates will be provided to protect the affiliate's rights and privileges as a collective bargaining representative.

2.   IEA-NEA will provide legal assistance to its members, fee payers, and affiliates when it is determined that:

a.   The action at issue resulted or will result in actual prejudice or injury to the member's or fee payer's employment rights and privileges or to the affiliate's rights and privileges as a collective bargaining representative;

b.   There is a substantial likelihood that the member/fee payer/affiliate will be granted relief under current policies, regulations and laws; and

c.   Where the procedures and standards described in this Plan have been followed and met.

3.   IEA-NEA may decline to provide representation or continued assistance when:

a.   The case involves support of a position contrary to the policies of the IEA-NEA or the NEA;

b.   The member/fee payer/affiliate does not fully cooperate with IEA-NEA staff and/or the assigned IEA-NEA attorney(s);

c.   IEA-NEA determines that the facts of the case as alleged by the member/fee payer/affiliate are not true;

d.   The member/fee payer/affiliate rejects a settlement proposal or other disposition of the case as advised by IEA-NEA;

e.   The member/fee payer/affiliate retains an attorney without prior knowledge and consent of IEA-NEA.

**EXHIBIT**
1

Revised 6/91

4.  See Attachment A, "Covered and Excluded Matters Under the IEA-NEA Legal Services Program," for information on coverage of specific types of matters under this Plan.

## C.  Eligibility

1.  Members, fee payers and affiliates of IEA-NEA; or non-members of IEA-NEA, if IEA-NEA and NEA determine that a legal matter is precedential for the United Education Profession.

2.  An applicant for legal assistance must be a member or fee payer at the time of the occurrence that gives rise to the need for legal assistance or at the time the member/fee payer becomes aware of the problem at issue. An applicant must maintain membership or fee payer status in his/her local association, IEA-NEA and NEA while association-supported legal action is pending.

3.  First year employees and employees returning from leave of absence must become members or fee payers within 60 days of their first date of active employment.

4.  No applicant for legal assistance will be discriminated against on the basis of race, color, national origin, creed, gender, sexual orientation, age, handicap, marital status or economic status.

## D.  Procedures for Obtaining Legal Assistance

1.  Individual applicants for legal services under this Plan shall notify their local UniServ Director of their intent to pursue a challenge to an adverse job action by an employer, prior to applying for legal assistance. The opinion of the local UniServ Director on the matter must be submitted to the IEA-NEA UniServ Coordinator for consideration.

2.  Affiliates shall apply to IEA-NEA through their UniServ Director.

3.  All application forms shall be written and shall be sent to the office of the General Counsel.

4.  All necessary forms will be promptly reviewed and processed by IEA-NEA and the applicant informed of the IEA-NEA's decision to accept or reject the application within 45 days of submission of the application to the local UniServ Director.

5.  Upon the IEA-NEA's acceptance of an application for legal services, the applicant must sign a written agreement (See Attachment B) with IEA-NEA. This agreement will confirm the applicant's understanding of the terms and conditions of receiving legal assistance under this plan.

## E.  Provision of Legal Services

1.  Representation in the grievance process up to and including arbitration will (except in rare instances) be provided by the local UniServ Director. Representation by an attorney in cases beyond the first level may be provided by IEA-NEA.

2.  The decision to pursue a case beyond the first level or to take a case forward on appeal will be made by IEA-NEA if the case is to qualify for reimbursement under the Unified Legal Services Program ("ULSP").

3.    If the matter is referred to an attorney, IEA-NEA shall select the attorney. Only an IEA-NEA-approved attorney may be used.

## F.    Appeal of IEA-NEA Denial

In the event that IEA-NEA denies support or continued support of the matter in question, the member/fee payer/affiliate has the right to appeal to the Executive Director with further review by the Executive Committee. An appeal to the National Education Association can then be filed at the following address:

**National Education Association**
**Office of Legal Services Programs**
**1201 16th Street, N.W.**
**Washington, D.C. 20036**

This appeal may be made on the sole ground that the IEA-NEA failed to process the member/fee payer/affiliate's application for assistance or handle the matter in question in accordance with the provisions of its Legal Services Program.

## G.    Reimbursement of Court Costs and Legal Fees

1.    Prior to receiving financial assistance under this Plan, the applicant must agree to repay IEA-NEA for its legal expense where an award, settlement or insurance payment to the applicant is in excess of the applicant's actual financial loss. IEA-NEA must, in any event, be reimbursed the amounts covered which have been specifically designated as attorney's fees or court costs.

2.    IEA-NEA will be responsible for collecting such recoveries and forwarding to the NEA its fair share of the legal costs of the case, according to procedures which will be provided by the NEA.

## H.    Publicity

The IEA-NEA reserves the right to publicize cases for which support is received under this Plan.

## I.    Participating Attorneys

1.    Cases processed under this Plan as reimbursable under the ULSP will only be assigned to attorneys who are on the approved list of IEA-NEA Legal Services Program attorneys.

2.    Attorney's fees in excess of the rates agreed upon by the IEA-NEA will not be paid. No fees will be paid to IEA-NEA participating attorneys unless in accordance with a legal matter that IEA-NEA agrees should be pursued.

3.    Attorneys providing services under this Plan must sign a written agreement with IEA-NEA, stating the rights and responsibilities of both parties, fixing hourly rates and rates for additional services, and outlining billing procedures.

4.    Bills will be required to include and itemize specific information in a manner to be established by IEA-NEA and incorporated at that time as an attachment to these Guidelines.

J.    **Administrative Procedures and Reimbursement by NEA**

1.    It is the responsibility of the IEA-NEA to insure that the IEA-NEA Legal Services Program operates in substantive, procedural and administrative accordance with this Plan, in order to qualify for reimbursement under the ULSP.

2.    The IEA-NEA will provide to local affiliates, members and fee payers information on its legal services program, including the procedures used in processing applications for legal assistance.

3.    IEA-NEA will keep the following records on file, to be available for review by NEA staff, at any time upon reasonable notice:

a.    Legal request form from member/fee payer/affiliate;
b.    IEA attorney authorization;
c.    The initial NEA application;
d.    Acceptance or denial letter form;
e.    Detailed expenditure records including copies of Attorney's bills for all services rendered under this Plan;
f.    Court orders or other official documents and decisions relating to closed cases including information on any/all awards, settlements or recoveries;
g.    Briefs and official decisions regarding matters funded under this Plan which did not involve the services of an attorney; and
h.    Association financial records relative to the ULSP.

Attachment A

## COVERED AND EXCLUDED LEGAL MATTERS UNDER THE
## IEA-NEA LEGAL SERVICES PROGRAM

A matter is acceptable for reimbursement by IEA-NEA when it involves a dispute between a school district, college or university system, or other institution involved in the teaching/learning process and a member, fee payer, or a local affiliate.

The following list is intended to be representative, not all-inclusive, of the types of problems covered.

### Individual problems:

1.   Termination, non-renewal or suspension of a member or fee payer's contract
2.   Eligibility for tenure
3.   Disputes regarding reduction, over- or under-payment of salary
4.   Demotion or reassignment for disciplinary reasons
5.   Leaves of absence and reinstatement rights, including: military, sabbatical, illness, maternity, child care, parental
6.   Sick leave
7.   Association-related leave
8.   Personal leave
9.   Disciplinary actions
10.  Certification
11.  Personnel file matters including: access to, contents of, and release of documents
12.  Unemployment insurance
13.  Retirement and disability
14.  Severance pay
15.  Extra duty assignments
16.  Duty-free lunch periods
17.  Planning periods
18.  Fringe benefits
19.  Dress code
20.  Resignation
21.  Promotion
22.  Freedom of association, speech
23.  Censorship, academic freedom
24.  Due process
25.  Discrimination based on race, sex, age, national origin, creed, handicap, union activity, marital status, economic status

### Association-related problems:

1.   Negotiations assistance such as impasse resolution assistance (not negotiating services by an attorney at the bargaining table)
2.   Bargaining rights enforcement
3.   Grievance arbitration
4.   Recognition issues
5.   Local contract enforcement
6.   Agency Shop
7.   Strikes, including injunctive relief and contempt proceedings
8.   Unfair labor practices
9.   Organizing matters

## EXCLUDED MATTERS

Individual matters that are excluded for reimbursement under the Plan are:

1.  Worker's Compensation
2.  Matters in which the applicant for legal assistance is being challenged by one or more rank-and-file employees or an employee organization as a result of an action taken by an applicant as a management representative
3.  Libel or slander matters
4.  Criminal actions against a member/fee payer or instigated by a member/fee payer against a student or parents (NOTE: The Educators Employment Liability Program provides some reimbursement of attorneys fees in defense of criminal actions when the individual is exonerated)
5.  Matters for which payment is available through another NEA program (e.g., Educators Employment Liability, Association Professional Liability programs)

Association matters that are excluded for reimbursement are:

1.  Suits by the state or local association against the state government, for example, on revenue issues
2.  Corporate matters of the state or local association