E-FILED
Tuesday, 22 November, 2005  03:50:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| BARBARA CLER, ) | |
|        Plaintiff, ) | |
| v. ) | |
| ) | |
| ILLINOIS EDUCATION ASSOCIATION ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | Case No. 04-2011 |
| IEA UNIFIED LEGAL SERVICES PLAN, ) | |
| and KATE FRANK/DUSHANE UNIFIED ) | |
| LEGAL SERVICES PROGRAM, ) | |
| ) | |
|        Defendants. ) | |

## **DISCOVERY ORDER**

A discovery conference was held **November 17, 2005**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by H. Kent Heller. Defendants were represented by Ralph Loewenstein. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **April 14, 2006.**

2. The deadline for joining additional parties is **December 15, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **December 15, 2005.** Plaintiff shall make any such experts available for deposition by **January 15, 2006.**

4. Defendants shall disclose experts and provide expert reports by **March 1, 2006.** Defendants shall make any such experts available for deposition by **April 1, 2006.**

5. All discovery, including deposition of experts, is to be completed by **June 1, 2006.**

6. The deadline for filing case dispositive motions shall be **July 3, 2006.**

7. The matter is scheduled for *final pretrial conference* by personal appearance before the undersigned on **October 27, 2006, at 1:30 p.m.**

8. The matter is scheduled for *jury selection and jury trial* before the undersigned on **November 6, 2006, at 9:00 a.m. (Case No. 1).**

ENTER this 22nd day of November, 2005.

                                                       s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE