E-FILED
Monday, 16 January, 2006 09:08:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04 CV 2011 |
| ) | |
| ILLINOIS EDUCATION ASSOCIATION, ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| IEA-NEA LEGAL SERVICES PLAN, and ) | |
| KATE FRANK/DuSHANE UNIFIED ) | |
| LEGAL SERVICES PROGRAM, ) | |
| ) | |
| Defendants. ) | |

MOTION TO COMPEL

NOW COME the Defendants, Illinois Education Association, National Education Association, IEA-NEA Legal Services Plan, and Kate Frank/DuShane Unified Legal Services Program, by their attorneys, Loewenstein, Hagen & Smith, P.C. and pursuant to Federal Rules of Civil Procedure 37, files a Motion to Compel, and in support thereof states as follows:

1. That on or about June 8, 2004 the Defendants filed Interrogatories and Request for Production of Documents upon the attorney for the Plaintiff in the above-entitled matter.

2. That on or about July 28, 2004, prior to the Plaintiff responding to said discovery requests, the Honorable David G. Bernthal granted the Defendants' Motion to Dismiss in the above-entitled matter.

3. That the Plaintiff filed a Notice of Appeal from said Order and on September 9, 2005, the United States Court of Appeals for the Seventh Circuit reversed the decision of the trial court and remanded the case for further proceedings.

4. That on or about October 3, 2005 the mandate was returned to the District Court.

5. That on October 19, 2005 a conference call was held between counsel for the Plaintiff, counsel for the Defendants and the Honorable David G. Bernthal. During said conference call, the attorney for the Defendants asked counsel for the Plaintiff when he could expect to receive a response to the written discovery he had requested. At that time counsel for the Plaintiff advised that counsel for the Defendants would receive said written discovery within 2-3 weeks.

6. That on or about November 17, 2005, a conference call was held between counsel for the Plaintiff, counsel for the Defendants and the Honorable David G. Bernthal. During the conference, counsel for the Plaintiff indicated that the Defendants would be provided with the answers to the written discovery in approximately 2 weeks.

7. That on or about December 7, 2005 counsel for the Defendants wrote to counsel for the Plaintiff, once again requesting written responses to the discovery

requests. A copy of said correspondence is attached hereto and made a part hereof as Exhibit A.

8. That on or about December 20, 2005 counsel for the Defendants called counsel for the Plaintiff and once again requested compliance with written discovery requests. At that time, he was advised by counsel for the Plaintiff that counsel for the Plaintiff believed that the discovery was completed and would be sent.

9. That on December 22, 2005 counsel for the Defendants wrote counsel for the Plaintiff to confirm his December 20, 2005 telephone conversation and to demand compliance with discovery requests. A copy of said correspondence is attached hereto and made a part hereof as Exhibit B.

10. That on January 5, 2006 counsel for the Defendants contacted counsel for the Plaintiff by phone to, once again, request compliance with discovery requests. He was advised that the discovery requests would be sent on or before January 6, 2006.

11. That on January 6, 2006 counsel for the Defendants sent a confirming letter to counsel for the Plaintiff by both facsimile and first class mail. A copy of said correspondence is attached hereto and made a part hereof as Exhibit C.

12. That on or about January 10, 2006 the secretary for counsel for the Defendants contacted the counsel for the Plaintiff's office further inquiring about the response to the discovery requests and was advised that counsel for the Plaintiff was out of town and that the discovery had not, as yet, been sent.

13. That on January 11, 2006 counsel for the Defendants contacted David Stevens, an attorney in the office of H. Kent Heller, counsel for the Plaintiff to once again inquire about the discovery responses. He was advised that Mr. Heller was still out of the office and that he would inquire when the discovery would be sent.

14. That on January 12, 2006 a copy of incomplete and unsigned Answers to Interrogatories was faxed to counsel for the Defendants. No Response to Request for Production of Documents was provided.

15. That it is impossible for the Defendants to properly defend its lawsuit without compliance with its written discovery requests.

16. That failure to response to the written discovery requests in a timely fashion makes it unlikely that the parties will be able to meet the cutoff deadlines previously agreed to by the parties.

17. That the Defendants have been forced to incur needless attorney fees and costs in procuring compliance with their written discovery requests.

WHEREFORE, the Defendants pray that an Order be entered as follows:

A. That the Plaintiff be forthwith compelled to provide signed and complete Answers to Interrogatories and to respond to the Request for Production of Documents.

B. That the Plaintiff be required to pay attorney fees and costs incurred by the Defendants in procuring compliance with written discovery requests.

C.  That the Court consider modifying the cutoff deadlines and postponing the trial date in the above-entitled matter.

D.  That the Court enter such further Orders as it might deem just and equitable.

LOEWENSTEIN, HAGEN & SMITH, P.C.

s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

I certify that on the __16th__ day of __January__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: H. Kent Heller of Heller, Holmes & Associates, P.C.

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL  62703
(217) 525-1199