E-FILED
Monday, 16 January, 2006  09:09:36 AM
Clerk, U.S. District Court, ILCD

## LOEWENSTEIN, HAGEN & SMITH, P.C.
### ATTORNEYS AT LAW

1204 SOUTH FOURTH STREET
SPRINGFIELD, ILLINOIS
62703-2229

RALPH H. LOEWENSTEIN
HENRY C. HAGEN
GARY L. SMITH

TELEPHONE: (217) 525-1199
FACSIMILE:   (217) 522-6047

December 7, 2005

Mr. H. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway
Mattoon, IL  61938

Re:  Barbara Cler v. Illinois Education Association, et al.

Dear Kent:

As you are aware, we have had outstanding Interrogatories and Request for Production of Documents in the above-entitled matter for some time. You advised me approximately one month ago that you anticipated having this completed within three weeks. Please send this information to me immediately. If I do not receive the information within a week, I will have no choice but to file a Motion to Compel.

Very truly yours,

LOEWENSTEIN, HAGEN & SMITH, P.C.

Ralph H. Loewenstein

RHL/mlr
cc:  Mitch Roth
     Sandra Holman
     Maurice Joseph

