E-FILED
Monday, 16 January, 2006  09:10:01 AM
Clerk, U.S. District Court, ILCD

**LOEWENSTEIN, HAGEN & SMITH, P.C.**
ATTORNEYS AT LAW
1204 SOUTH FOURTH STREET
SPRINGFIELD, ILLINOIS
62703-2229

RALPH H. LOEWENSTEIN
HENRY C. HAGEN
GARY L. SMITH

TELEPHONE: (217) 525-1199

FACSIMILE:   (217) 522-6047

December 22, 2005

Mr. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway
Mattoon, IL 61938

Dear Mr. Heller:

    **Re:**   Barbara Cler

    On June 10, 2004, we served Request for Production of Documents and Interrogatories on the above-entitled matter. This matter was remanded to the District Court following your appeal in early October 2005. Since that time I have made numerous requests that you answer the discovery requests in this case.

    During the conference call with the judge on October 19, 2005, you advised that you would be answering our discovery requests within 14 to 21 days. On December 7, 2005, we wrote once again demanding a response to our discovery requests. On December 20, 2005, we had a phone conversation in which you advised me that you believed that discovery was completed and would be sent.

    Please consider this to be an immediate demand that there be full compliance with our discovery requests. If we do not receive a response to our discovery requests by January 3 2005, I will file a motion to compel. If this becomes necessary, we will be asking that Ms. Cler pay our attorney fees.

    Very truly yours,

    LOEWENSTEIN, HAGEN & SMITH, P.C.

    Ralph H. Loewenstein

RHL/vls
cc:  Mitch Roth
     Sandra Holman
     Maurice Joseph



EXHIBIT B