**LOEWENSTEIN, HAGEN & SMITH, P.C.**
ATTORNEYS AT LAW
1204 SOUTH FOURTH STREET
SPRINGFIELD, ILLINOIS
62703-2229

RALPH H. LOEWENSTEIN
HENRY C. HAGEN
GARY L. SMITH

TELEPHONE: (217) 525-1199

FACSIMILE: (217) 522-6047

January 6, 2006

Mr. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway
Mattoon, IL 61938

*Sent via facsimile & First Class Mail*

Dear Mr. Heller:

  Re: Barbara Cler

  I am writing to confirm my phone conversation with you on January 5, 2006 in which you advised me that I would have the response to our discovery requests in the above-entitled matter no later than January 9, 2006.

            Very truly yours,

            Loewenstein, Hagen & Smith, P.C.

            *[signature]*

            Ralph H. Loewenstein

RHL/mlr
cc: Mitch Roth
   Sandra Holman
   Maurice Joseph

EXHIBIT C