# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **BARBARA CLER,** ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 04-2011 |
| ) | |
| **ILLINOIS EDUCATION ASSOCIATION,** ) | |
| **NATIONAL EDUCATION ASSOCIATION,** ) | |
| **IEA UNIFIED LEGAL SERVICES PLAN,** ) | |
| **and KATE FRANK/DuSHANE UNIFIED** ) | |
| **LEGAL SERVICES PROGRAM,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

On January 16, 2006, Defendants filed a Motion to Compel (#36). Plaintiff has filed no opposition. According to the motion, Plaintiff has failed to provide complete and signed answers to interrogatories. Plaintiff has further failed to respond to a Request for Production of Documents. Plaintiff has not disputed those facts.

The discovery was initially served June 8, 2004. Clearly, the subsequent dismissal and appeal intervened. However, the matter has been back before this Court for several months. Plaintiff's delay in responding is without excuse or justification.

Accordingly, the Motion to Compel **(#36)** is **ALLOWED**. Plaintiff is ordered to fully answer and sign the interrogatories and comply with the Requests for Production within ten (10) days of the date of this Order.

Defense counsel is directed to submit an affidavit of attorney fees and costs related to the motion within fourteen (14) days of the date of this Order. Plaintiff shall submit any objections to fees and costs claimed within fourteen (14) days of the filing of the affidavit.

ENTER this 2nd day of February, 2006.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE