IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BARBARA CLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 04 CV 2011 |
| | ) | |
| ILLINOIS EDUCATION ASSOCIATION, | ) | |
| NATIONAL EDUCATION ASSOCIATION, | ) | |
| IEA-NEA LEGAL SERVICES PLAN, and | ) | |
| KATE FRANK/DuSHANE UNIFIED | ) | |
| LEGAL SERVICES PROGRAM, | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR ATTORNEY FEES

NOW COMES Ralph H. Loewenstein, of Loewenstein, Hagen & Smith, P.C., counsel for the Defendants herein, and for his Petition for Attorney Fees states as follows:

1.  That Ralph H. Loewenstein, of Loewenstein, Hagen & Smith, P.C. represents the Defendants in the above-entitled matter.

2.  That on January 16, 2006 the Defendants filed a Motion to Compel the Plaintiff, Barbara Cler to fully answer and verify Interrogatories and to answer Request for Production of Documents in the above-entitled matter.

3. That on February 2, 2006 the Court granted the Motion to Compel in the above-entitled matter and requested that the attorneys for the Defendants file a Petition for Attorney Fee in the above-entitled matter.

4. That as of the current date, the Plaintiff, Barbara Cler has continued to fail to fully comply with the written discovery requests in the above-entitled matter, as stated in a letter dated January 27, 2006 to counsel for the Plaintiff, a copy of which is attached hereto and made a part hereof as Exhibit A.

5. That Ralph H. Loewenstein was admitted to practice law in the District of Columbia in 1973 and in the State of Illinois in 1975.

6. That Ralph H. Loewenstein was admitted to practice before the District Court of the Southern District of Illinois (now the Central District of Illinois) in 1975.

7. That since 1975 Ralph H. Loewenstein has tried cases in over half of the Circuit Courts of Illinois, argued cases before the Illinois Supreme Court, the Appellate Court for the First District of Illinois, the Second District of Illinois, the Third District of Illinois, the Fourth District of Illinois, and the Fifth District of Illinois.

8. That since 1975 Ralph H. Loewenstein has tried cases before the United States District Court in the Southern District of Illinois and the Central District of Illinois, including the Springfield Division and Champaign Division, and in addition has argued cases before the United States Court of Appeals for the Seventh Circuit.

9. That a reasonable hourly rate for a person of my experience in the case before this Court is $200.00 per hour.

10. That attached hereto and made a part hereof as Exhibit B is a statement of hours expended in attempting to secure a response to written discovery in the above-entitled matter.

WHEREFORE, Ralph H. Loewenstein prays that he be awarded attorney fees at the rate of $200.00 per hour, which should include those hours attached hereto and made a part hereof as Exhibit B.

            LOEWENSTEIN, HAGEN & SMITH, P.C.

            s/Ralph H. Loewenstein

### CERTIFICATE OF SERVICE

I certify that on the __10th__ day of __February__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: H. Kent Heller of Heller, Holmes & Associates, P.C.

            s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com