**LOEWENSTEIN, HAGEN & SMITH, P.C.**
ATTORNEYS AT LAW
1204 SOUTH FOURTH STREET
SPRINGFIELD, ILLINOIS
62703-2229

RALPH H. LOEWENSTEIN
HENRY C. HAGEN
GARY L. SMITH

TELEPHONE: (217) 525-1199
FACSIMILE:   (217) 522-6047

January 27, 2006

Mr. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway
Mattoon, IL  61938

Dear Mr. Heller:

      Re:   Barbara Cler

    I am in receipt of your incomplete response to our discovery requests in the above-entitled matter. The discovery is deficient in the following respects:

<u>Answers to Interrogatories</u>

    1.    The Answers to Interrogatories are not signed and verified by Ms. Cler.

    2.    With respect to Answer to Interrogatory #8, the charges to Ms. Cler for attorney fees are not included.

    3.    With respect to Answer to Interrogatory #10, the answer fails to disclose whether any payments were made by or on behalf of Ms. Cler to the Illinois Education Association for membership dues after termination of her employment on June 1, 2001.

    4.    With respect to Answer to Interrogatory #11, there is no disclosure with regard to the two letters mailed to Ms. Holman by you in September 2002 and/or October 2003. There is also no disclosure with regard to a letter supposedly sent by you to the National Education Association in December 2003.



EXHIBIT A

Mr. Kent Heller
January 27, 2006

Response to Request for Production of Documents

1. The Plaintiff objected to providing documents with regard to real estate purchased or sold by her during calendar year 2000, 2001 and 2002 on the basis that there is no claim for loss regarding the purchase of any real estate. It is my understanding that the basis for your lawsuit is that the Illinois Education Association failed to provide funding for a lawsuit against the Board of Education of Community Unit School District #7. The basis, in large measure, for that lawsuit as alleged in Cler v. Akers, et al. in the United States District Court, Central District of Illinois, 02-2071 was that she made a decision to purchase a home in Champaign as a result of representations supposedly made by Mr. Akers. See paragraphs 17-22 and 36 of that Complaint. This material should be supplied immediately.

2. Request to Produce #5 requested copies of contracts or letters of engagement between Ms. Cler and any attorneys with regard to her dispute with regard to the Board of Education of Community Unit School District #7. The response provided was a contract between Ms. Cler and Heller, Holmes & Associates, P.C. with regard to Ms. Cler's dispute with "reimbursement of attorney's fees from union". Please provide copies of the documents requested.

3. Request to Produce #6 requested copies of all billing records and statements issued to Ms. Cler with regard to legal services provided to her concerning her dispute with the Board of Education of Community Unit School District #7. I note that no records were provided with regard to billing records from James Baker or Ms. Nally.

4. Request to Produce 7 asked for documents evidencing her membership in the Illinois Education Association and payment of dues to the IEA between the dates of March 1, 2001 and the present. No documents were provided with regard to the payment of dues. Based upon her response, I will assume, unless directed otherwise, that the only document verifying her membership in the IEA was the Request for Legal Services Memorandum of Agreement signed by her on June 27, 2001.

Mr. Kent Heller
January 27, 2006

    Your immediate response is requested.

                  Very truly yours,

                  Loewenstein, Hagen & Smith, P.C.

                  Ralph H. Loewenstein

RHL/mlr
cc:    Mitch Roth
       Sandra Holman
       Gene Vanderport
       Maurice Joseph