E-FILED
Friday, 10 February, 2006   04:32:48 PM
Clerk, U.S. District Court, ILCD

|          |                                                                      | Hours | Amount |
|----------|----------------------------------------------------------------------|-------|--------|
| 12/7/05  | Letter to opposing counsel                                           | .25   | 50.00  |
| 12/20/05 | Phone call with opposing counsel                                     | .25   | 50.00  |
| 12/22/05 | Letter to opposing counsel                                           | .25   | 50.00  |
| 1/5/06   | Phone call with opposing counsel                                     | .25   | 50.00  |
| 1/11/06  | Phone call with opposing counsel, prepare Motion to Compel           | 1.00  | 200.00 |
| 1/13/06  | Review discovery responses, letter to client                         | .75   | 150.00 |
| 1/16/06  | Review and revise Motion to Compel                                   | .25   | 50.00  |
| 1/27/06  | Review discovery responses, letter to opposing counsel               | 1.50  | 300.00 |
| 2/7/06   | Preparation of Petition for Attorney Fees                            | .25   | 50.00  |
|          |                                                                      | 4.75  | $950.00 |

EXHIBIT B