UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **BARBARA CLER,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **ILLINOIS EDUCATION ASSOCIATION,** ) | |
| **NATIONAL EDUCATION ASSOCIATION,** ) | Case No. 04-2011 |
| **IEA UNIFIED LEGAL SERVICES PLAN,** ) | |
| **and KATE FRANK/DuSHANE UNIFIED** ) | |
| **LEGAL SERVICES PROGRAM,** ) | |
| ) | |
|         **Defendants.** ) | |

# O R D E R

On January 16, 2006, Defendants filed a Motion to Compel (#36). Plaintiff did not respond. On February 2, 2006, the Court entered an Order (#37) which granted the Motion to compel and directed defense counsel to submit an affidavit of attorney fees and costs related to the motion. On February 10, 2006, Defendant submitted a Petition for Attorney Fees (#38). In her response (#39), Plaintiff argued that the Petition for Attorney Fees, "should be summarily dismissed and denied." due to Defendants' failure to comply with the Court's Order by providing an affidavit. That is a pretty bold request for a party who has been ordered to comply with discovery in response to a motion to compel which she did not contest. While Plaintiff is technically correct, the Court will accept the petition, even though it does not include an affidavit.

The Court has examined the affidavit and found the hourly rate claimed by counsel for Defendants reasonable. The Court has also reviewed the itemization of work reflected on Exhibit B. The amount of time expended and the nature of the work done is reasonable. Typically, the Court would not include review of discovery responses in an award of fees. However, here, the work will be included but it is appropriate for counsel to review discovery responses to determine compliance with the Court's Order.

The Court now awards Defendants attorney fees in the sum of $950 and taxes same as costs against Plaintiff pursuant to its previous Order.

ENTER this 3rd day of March, 2006.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE