IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04 CV 2011 |
| ) | |
| ILLINOIS EDUCATION ASSOCIATION, ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| IEA-NEA LEGAL SERVICES PLAN, and ) | |
| KATE FRANK/DuSHANE UNIFIED ) | |
| LEGAL SERVICES PROGRAM, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:  Mr. Kent Heller
     Heller, Holmes & Associates, P.C.
     1101 Broadway
     Mattoon, IL  61938

     YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Friday, April 7, 2006 at 1:00 p.m. the discovery deposition of the Plaintiff, Barbara Cler will be taken at the office of Kent Heller, 1101 Broadway, Mattoon, IL before a certified court reporter, or any other officer authorized to take depositions in like cases.

                              LOEWENSTEIN, HAGEN & SMITH, P.C.

                              s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

CERTIFICATE OF SERVICE

    I certify that on the  8th  day of  March , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: H. Kent Heller of Heller, Holmes & Associates, P.C.

    s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199