IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 04-CV-2011 |
| ) | |
| ILLINOIS EDUCATION ASSOCIATION, ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| I.E.A.-N.E.A. LEGAL SERVICES PLAN, ) | |
| and KATE FRANK/DuSHANE UNIFIED ) | |
| LEGAL SERVICES PROGRAM, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Now come H. KENT HELLER and DAVID STEVENS of HELLER, HOLMES & ASSOCIATES, P.C., attorneys for Plaintiff BARBARA CLER, and for their Motion for Leave to Withdraw as Counsel for Plaintiff state as follows:

1.  Irreconcilable differences have arisen between Plaintiff BARBARA CLER and H. KENT HELLER and DAVID STEVENS of HELLER, HOLMES & ASSOCIATES, P.C., her attorneys, regarding the conduct of the case.

2.  Said irreconcilable differences make it impossible for her present attorneys and their law firm to continue to represent Plaintiff BARBARA CLER.

3.  Plaintiff's last known address is 4009 Aberdeen Dr., Champaign, IL  61822.

WHEREFORE, H. KENT HELLER and DAVID STEVENS of HELLER, HOLMES & ASSOCIATES, P.C., Attorneys for Plaintiff BARBARA CLER, pray this Court for an Order granting them leave to withdraw and allowing Plaintiff a reasonable period of time in which to retain other counsel.

                                                  HELLER, HOLMES & ASSOCIATES, P.C.

                                                  By:   s/David Stevens
                                                        Attorneys for Plaintiff

H. KENT HELLER
DAVID STEVENS
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938-0889
Telephone: (217) 235-2700
Fax: (217) 235-0743
E-Mail: DavidStevens@HHLawOff.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ralph H. Loewenstein of Loewenstein, Hagen, Oehlert & Smith. Additionally, I placed a copy of this Motion in an envelope addressed to Plaintiff Barbara Cler at the address indicated above with sufficient postage attached and placed the envelope in the United State Mail at approximately 5:00 p.m. on March 8, 2006.

                                                s/David Stevens
                                                Heller, Holmes & Associates, P.C.
                                                1101 Broadway, P.O. Box 889
                                                Mattoon, IL 61938-0889
                                                Telephone: (217) 235-2700
                                                Fax: (217) 235-0743
                                                E-Mail: DavidStevens@HHLawOff.com
                                                Attorneys for Plaintiff