IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS EDUCATION ASSOCIATION, )<br>NATIONAL EDUCATION ASSOCIATION, )<br>IEA-NEA LEGAL SERVICES PLAN, and )<br>KATE FRANK/DuSHANE UNIFIED )<br>LEGAL SERVICES PROGRAM, )<br>)<br>Defendants. ) | No.: 04 CV 2011 |

CERTIFICATE OF SERVICE

    I certify that on the __5th__ day of __April__, 2006 a copy of the Answers to Interrogatories and Response to Request for Production of Documents on behalf of the Defendants, Illinois Education Association and the IEA Unified Legal Services Plan was served by placing same in an box with proper postage applied and deposited in the U.S. Mail at Springfield, Illinois to:

Mrs. Barbara Cler
4009 Aberdeen Drive
Champaign, IL   61822

                                                                s/ Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199