IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.: 04 CV 2011 |
| | ) |
| ILLINOIS EDUCATION ASSOCIATION, | ) |
| NATIONAL EDUCATION ASSOCIATION, | ) |
| IEA-NEA LEGAL SERVICES PLAN, and | ) |
| KATE FRANK/DuSHANE UNIFIED | ) |
| LEGAL SERVICES PROGRAM, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I certify that on the  6th  day of    April   , 2006 a copy of the Answers to Interrogatories on behalf of the Defendants, National Education Association and Kate Frank/DuShane Unified Legal Services Program was served by placing same in an box with proper postage applied and deposited in the U.S. Mail at Springfield, Illinois to:

Mrs. Barbara Cler
4009 Aberdeen Drive
Champaign, IL   61822

                                                                   s/ Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199