IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04 CV 2011 |
| ) | |
| ILLINOIS EDUCATION ASSOCIATION, ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| IEA-NEA LEGAL SERVICES PLAN, and ) | |
| KATE FRANK/DuSHANE UNIFIED ) | |
| LEGAL SERVICES PROGRAM, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:   Mrs. Barbara Cler
      4009 Aberdeen Drive
      Champaign, IL   61822

   YOU WILL HEREBY TAKE NOTICE that on Tuesday, June 27, 2006 at 1:00 p.m. the discovery deposition of the Plaintiff, Barbara Cler will be taken at the office of Ralph H. Loewenstein, Loewenstein, Hagen & Smith, P.C., 1204 S. Fourth Street, Springfield, IL before a certified court reporter, or any other officer authorized to take depositions in like cases.

                              LOEWENSTEIN, HAGEN & SMITH, P.C.

                              s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

CERTIFICATE OF SERVICE

      I certify that on the  17th  day of   May  , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Mrs. Barbara Cler, 4009 Aberdeen Drive, Champaign, IL   61822.**

                              s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199