IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, | ) |
|     Plaintiff, | ) |
| v. | )    No.: 04-CV-2011 |
| ILLINOIS EDUCATION ASSOCIATION, NATIONAL EDUCATION ASSOCIATION, IEA-NEA LEGAL SERVICES PLAN, and KATE FRANK/DuSHANE UNIFIED LEGAL SERVICES PROGRAM, | ) |
|     Defendants. | ) |

CERTIFICATE OF SERVICE

    I certify that on the 24th day of May, 2006, a copy of the Response to Request for Production of Documents on behalf of the Defendants, National Education Association and Kate Frank/DuShane Unified Legal Services Program was served by placing same in an envelope with proper postage applied and deposited in the U.S. Mail at Springfield, Illinois to:

Mrs. Barbara Cler
4009 Aberdeen Drive
Champaign, IL  61822

                                          s/ Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 South Fourth Street
Springfield, IL  62703
(217) 525-1199