E-FILED
Monday, 05 June, 2006  03:49:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-02011 |
| | ) |
| ILLINOIS EDUCATION ASSOCIATION, | ) |
| NATIONAL EDUCATION ASSOCIATION, | ) |
| IEA UNIFIED LEGAL SERVICES PLAN, | ) |
| KATE FRANK/DUSHANE UNIFIED LEGAL | ) |
| SERVICES PROGRAM, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

L. Lee Smith of HINSHAW & CULBERTSON LLP hereby enters his appearance as counsel of record on behalf of the plaintiff, BARBARA CLER.

Respectfully submitted,

BARBARA CLER, Plaintiff

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Her Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602-1220
309-674-1025
309-674-9328 – Fax

80216997v1 865939

## CERTIFICATE OF SERVICE

I hereby certify that on **June 5, 2006**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ralph H. Loewenstein
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL  62703

        L. Lee Smith
Attorneys for Plaintiff
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602

80216997v1 865939