IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 04 CV 2011 |
| ILLINOIS EDUCATION ASSOCIATION, NATIONAL EDUCATION ASSOCIATION, IEA-NEA LEGAL SERVICES PLAN, and KATE FRANK/DuSHANE UNIFIED LEGAL SERVICES PROGRAM, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   Mrs. Barbara Cler
      4009 Aberdeen Drive
      Champaign, IL  61822

YOU WILL HEREBY TAKE NOTICE that on Monday, July 31, 2006 at 10:30 a.m. the discovery deposition of the Plaintiff, Barbara Cler will be taken at the office of L. Lee Smith, Hinshaw & Culbertson, LLP, 456 Fulton Street, Suite 298, Peoria, IL before a certified court reporter, or any other officer authorized to take depositions in like cases.

LOEWENSTEIN, HAGEN & SMITH, P.C.

s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

I certify that on the __16th__ day of __June__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: lsmith@hinshawlaw.com and Jharbison@hinshawlaw.com.

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL  62703
(217) 525-1199