UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-02011 |
| ILLINOIS EDUCATION ASSOCIATION, NATIONAL EDUCATION ASSOCIATION, IEA UNIFIED LEGAL SERVICES PLAN, KATE FRANK/DUSHANE UNIFIED LEGAL SERVICES PROGRAM, | ) |
| Defendants. | ) |

## AGREED DISCOVERY PLAN

COMES NOW the parties by their attorneys and for their agreed discovery plan submit the following:

1.  All discovery shall be completed by **October 2, 2006**.

2.  All dispositive motions shall be filed by **November 15, 2006**.

BARBARA CLER, Plaintiff

ILLINOIS EDUCATION ASSOCIATION,
NATIONAL EDUCATION ASSOCIATION,
IEA UNIFIED LEGAL SERVICES PLAN,
KATE FRANK/DUSHANE UNIFIED LEGAL
SERVICES PROGRAM, Defendants

s/L. Lee Smith
L. Lee Smith
One of Her Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602-1220

s/Ralph H. Loewenstein
Ralph H. Loewenstein
One of Their Attorneys
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL 62703

80218767v1 865939