E-FILED
Tuesday, 03 October, 2006  02:37:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA CLER,                             )<br>                                           )<br>        Plaintiff,                        )<br>                                           )<br>    vs.                                    )<br>                                           )<br> ILLINOIS EDUCATION ASSOCIATION,           )<br> NATIONAL EDUCATION ASSOCIATION,           )<br> IEA UNIFIED LEGAL SERVICES PLAN,          )<br> KATE FRANK/DUSHANE UNIFIED LEGAL          )<br> SERVICES PROGRAM,                         )<br>                                           )<br>        Defendants.                        ) | Case No. 04-02011 |

## STIPULATION OF DISMISSAL

COME NOW the parties by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement agreement reached by the parties, and in satisfaction of the full settlement of the lawsuit, stipulate to the dismissal of this action with prejudice and without any costs, expenses, or attorneys' fees being assessed against either party.

| BARBARA CLER, Plaintiff | ILLINOIS EDUCATION ASSOCIATION,<br>NATIONAL EDUCATION ASSOCIATION,<br>IEA UNIFIED LEGAL SERVICES PLAN,<br>KATE FRANK/DUSHANE UNIFIED LEGAL<br>SERVICES PROGRAM, Defendants |
|---|---|
| By: HINSHAW & CULBERTSON LLP | By: LOEWENSTEIN, HAGEN & SMITH, P.C. |
| *(signature)*<br>L. Lee Smith<br>HINSHAW & CULBERTSON LLP<br>456 Fulton Street, Suite 298<br>Peoria, IL  61602-1220<br>309-674-1025<br>309-674-9328 – Fax | *(signature)*<br>Ralph H. Loewenstein<br>LOEWENSTEIN, HAGEN & SMITH, P.C.<br>1204 S. Fourth Street<br>Springfield, IL  62703<br>217-525-1199<br>217-522-6047 – Fax |